UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 95-CR-00605-SEITZ

UNITED STATES OF AMERICA,

v.

FRANCISCO SALDANA,

    Defendant.
_____/

### ORDER DENYING DEFENDANT'S MOTION TO STRIKE ORDERS RESTRICTING *PRO SE* FILINGS

THIS MATTER is before the Court on Defendant Francisco Saldana's Motion to Strike Orders Restricting Pro Se Filings [DE 1568]. Defendant seeks to strike three orders which instructed Defendant to abstain from filing *pro se* while represented. DE 1282; DE 1384 at 3–4; DE 1393. Defendant asserts he has not been represented by counsel since March 7, 2023, however, the docket reflects otherwise. DE 1568. In fact, on August 31, 2023, Defendant's Assistant Federal Public Defender appealed the most recent order denying compassionate release. DE 1561. As such, unless Defendant's counsel withdraws or is terminated, Defendant is instructed to file through his counsel. Accordingly, it is

    **ORDERED** that Defendant's Motion to Strike Orders Restricting *Pro Se* Filings [DE 1568] is **DENIED**.

    **DONE AND ORDERED** in Miami, Florida, this 25th day of October, 2023.

                                                       */s/ Patricia A. Seitz*
                                                       PATRICIA A. SEITZ
                                                       UNITED STATES SENIOR DISTRICT JUDGE

CC: Counsel of record